JAMES R. SCOTT V. NANCY LEONARD *et al.*

No. 15,387.   (94 Pac. 1135.)

Error from Chautauqua district court; GRANVILLE P. AIKMAN, judge.   Opinion filed February 8, 1908.   Affirmed.

*J. E. Brooks,* and *C. W. Spencer,* for plaintiff in error.

*W. H. Sproul,* and *N. E. Van Tuyl,* for defendants in error.

*Per Curiam:* The motion to dismiss is denied.   The decision upon the merits is controlled by the opinion rendered in the case of *Ham v. Booth,* 72 Kan. 429, 83 Pac. 24, with which the court is entirely satisfied.   The judgment of the district court is affirmed.